# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No. __04-11709-RGS__

Title: __GHASSIN J. AWALI   v. FIDELITY MANAGEMENT + RESEARCH CO__

## NOTICE

Please take notice that the above-entitled case previously assigned to Judge __STEARNS__ has been transferred to Judge __TAURO__ for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials __JLT__

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By: __Elaine Flaherty__
Deputy Clerk

Date: __11/16/04__

_____    Please NOTE that the above case has been transferred to the Western Division in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____    Please NOTE that the above case has been transferred to the Central Division in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:    Counsel

(Notice of Transfer.wpd - 12/98)                                [ntccsasgn.]