UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GHASSIN J. AWALI,
        Plaintiff,

        V

                                        CA 04- 11709-JLT

FIDELITY MANAGEMENT and
RESEARCH CO.,
        Defendant.

ORDER
NOVEMBER 18 2004

TAURO, J.,

        I hereby recuse myself from this case in order to avoid

a potential conflict of interest.

        See 28 U.S.C. Sec. 455(b)(4).

                                        _____
                                        United States District Judge