AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2004 OCT 20 A 11:59
U.S. DISTRICT COURT
DIST. OF MASS.

GHASSAN J. AWALI, MARINA BERTI, VALERIE A. DASPIT, ARTHUR G. DENKER, RANDALL C. HEYWARD, STANLEY H. KRUPA, NICOLE LENZI, DAVID M. LUCOFF, JOSEPH F. MARTINGANO, MICHAEL S. MENDOLIA, PATRICIA K. MUNSHAW, BRIAN D. REESE, JAY J. RUPP, GILBERG P. TRAVIS, and JEWEL F. TRAVIS, Individually and on behalf of All Others Similarly Situated,

V.

See Attached LISTING OF DEFENDANTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 11709 RCS

TO: (Name and address of defendant)

Fidelity Management and Research Company

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad St., Suite 1100
Boston, MA 02109-4216
617-369-7979

Jules Brody
Aaron Brody
Tzivia Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
212-687-7230

Joseph H. Weiss
WEISS & YOURMAN
551 Fifth Avenue
New York, NY 10176
212-682-3025

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE  AUG 3  2004

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | October 13, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Nancy Freeman Gans | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By delivering a copy of same, by UPS Overnight Mail, to Mark Holland, Esquire, Clifford Chance, counsel to defendant Fidelity Management and Research Company, who agreed to accept service of same on behalf of said defendant.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 19, 2004
           Date

Signature of Server
Nancy Freeman Gans
MOULTON & GANS, P.C.

Address of Server
33 Broad St., Suite 1100
Boston, MA  02109-4216

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## LISTING OF DEFENDANTS

FIDELITY MANAGEMENT AND RESEARCH COMPANY, FMR CO., INC., FMR CORP., FIDELITY DISTRIBUTORS CORPORATION, EDWARD C. JOHNSON III, ABIGAIL P. JOHNSON, EDWARD C. JOHNSON IV, ELIZABETH L. JOHNSON, PETER S. LYNCH, LAURA B. CRONIN, ROBERT L. REYNOLDS, ROBERT C. POZEN, J. GARY BURKHEAD, J. MICHAEL COOK, RALPH F. COX, ROBERT M. GATES, DONALD J. KIRK, MARIE L. KNOWLES, NED C. LAUTENBACH, MARGIN L. MANN, WILLIAM O. McCOY, WILLIAM S. STAVROPOULOS, GEORGE H. HEILMEIER, GERALD C. McDONOUGH, THOMAS R. WILLIAMS and JOHN DOES 1-100,

       Defendants,


FIDELITY ADVISOR AGGRESSIVE GROWTH, FIDELITY ADVISOR ASSET ALLOCATION FUND, FIDELITY ADVISOR BALANCED FUND, FIDELITY ADVISOR BIOTECHNOLOGY FUND, FIDELITY ADVISOR CALIFORNIA MUNICIPAL INCOME FUND, FIDELITY ADVISOR CONSUMER INDUSTRIES FUND, FIDELITY ADVISOR CYCLICAL INDUSTRIES FUND, FIDELITY ADVISOR DEVELOPING COMMUNICATIONS FUND, FIDELITY ADVISOR DIVERSIFIED INTERNATIONAL FUND, FIDELITY ADVISOR DIVIDEND GROWTH FUND, FIDELITY ADVISOR DYNAMIC CAPITAL APPRECIATION FUND, FIDELITY ADVISOR ELECTRONICS FUND, FIDELITY ADVISOR EMERGING ASIA FUND, FIDELITY ADVISOR EMERGING MARKETS FUND, FIDELITY ADVISOR EMERGING MARKETS INCOME FUND, FIDELITY ADVISOR EQUITY GROWTH FUND, FIDELITY ADVISOR EQUITY INCOME FUND, FIDELITY ADVISOR EUROPE CAPITAL APPRECIATION FUND, FIDELITY ADVISOR FIFTY FUND, FIDELITY ADVISOR FINANCIAL SERVICES FUND, FIDELITY ADVISOR FLOATING RATE HIGH INCOME FUND, FIDELITY ADVISOR FREEDOM 2000 FUND, FIDELITY ADVISOR FREEDOM 2005 FUND, FIDELITY ADVISOR FREEDOM 2010 FUND, FIDELITY ADVISOR FREEDOM 2015 FUND, FIDELITY ADVISOR FREEDOM 2020 FUND, FIDELITY ADVISOR FREEDOM 2025 FUND, FIDELITY ADVISOR FREEDOM 2030 FUND, FIDELITY ADVISOR FREEDOM 2035 FUND, FIDELITY ADVISOR FREEDOM 2040 FUND, FIDELITY ADVISOR FREEDOM INCOME FUND, FIDELITY ADVISOR GLOBAL EQUITY FUND, FIDELITY ADVISOR GOVERNMENT INVESTMENT FUND, FIDELITY ADVISOR GROWTH & INCOME FUND, FIDELITY ADVISOR GROWTH & INCOME FUND II, FIDELITY ADVISOR GROWTH OPPORTUNITIES FUND, FIDELITY ADVISOR HEALTH CARE FUND, FIDELITY ADVISOR HIGH INCOME ADVANTAGE FUND, FIDELITY ADVISOR HIGH INCOME FUND, FIDELITY ADVISOR INFLATION-PROTECTED BOND FUND, FIDELITY ADVISOR INTERMEDIATE BOND FUND, FIDELITY ADVISOR INTERNATIONAL CAPITAL APPRECIATION FUND, FIDELITY ADVISOR INTERNATIONAL SMALL CAP FUND, FIDELITY ADVISOR INVESTMENT GRADE BOND FUND, FIDELITY ADVISOR JAPAN FUND, FIDELITY ADVISOR

KOREA FUND, FIDELITY ADVISOR LARGE CAP FUND, FIDELITY ADVISOR LATIN AMERICA FUND, FIDELITY ADVISOR LEVERAGED COMPANY STOCK FUND, FIDELITY ADVISOR MID CAP FUND, FIDELITY ADVISOR MORTGAGE SECURITIES FUND, FIDELITY ADVISOR MUNICIPAL INCOME FUND, FIDELITY ADVISOR NATURAL RESOURCES FUND, FIDELITY ADVISOR NEW INSIGHTS FUND, FIDELITY ADVISOR NEW YORK MUNICIPAL INCOME FUND, FIDELITY ADVISOR OVERSEAS FUND, FIDELITY ADVISOR REAL ESTATE FUND, FIDELITY ADVISOR SHORT FIXED-INCOME FUND, FIDELITY ADVISOR SHORT-INTERMEDIATE MUNICIPAL INCOME FUND, FIDELITY ADVISOR SMALL CAP FUND, FIDELITY ADVISOR STRATEGIC DIVIDEND & INCOME FUND, FIDELITY ADVISOR STRATEGIC GROWTH FUND, FIDELITY ADVISOR STRATEGIC INCOME FUND, FIDELITY ADVISOR TAX MANAGED STOCK FUND, FIDELITY ADVISOR TECHNOLOGY FUND, FIDELITY ADVISOR TELECOMMUNICATIONS & UTILITIES GROWTH FUND, FIDELITY ADVISOR VALUE FUND, FIDELITY ADVISOR VALUE LEADERS FUND, FIDELITY ADVISOR VALUE STRATEGIES FUND, FIDELITY AGGRESSIVE INTERNATIONAL FUND, FIDELITY AIR TRANSPORTATION PORTFOLIO, FIDELITY ARIZONA MUNICIPAL MONEY MARKET FUND, FIDELITY ASSET MANAGER, FIDELITY ASSET MANAGER: AGGRESSIVE, FIDELITY ASSET MANAGER: GROWTH, FIDELITY ASSET MANAGER: INCOME, FIDELITY AUTOMOTIVE PORTFOLIO, FIDELITY BANKING PORTFOLIO, FIDELITY BLUE CHIP GROWTH FUND, FIDELITY BLUE CHIP GROWTH FUND, FIDELITY BLUE CHIP VALUE FUND, FIDELITY BROKERAGE/ INVESTMENT MANAGEMENT MARKET FUND, FIDELITY CANADA FUND, FIDELITY CAPITAL & INCOME FUND, FIDELITY CAPITAL APPRECIATION FUND, FIDELITY CASH RESERVES, FIDELITY CHEMICALS PORTFOLIO, FIDELITY CHINA REGION FUND, FIDELITY COMPUTERS PORTFOLIO, FIDELITY CONNECTICUT MUNICIPAL MONEY MARKET FUND, FIDELITY CONSTRUCTION & HOUSING PORTFOLIO, FIDELITY CONTRAFUND, FIDELITY CONVERTIBLE SECURITIES FUND, FIDELITY DEFENSE & AEROSPACE PORTFOLIO, FIDELITY DISCIPLINED EQUITY FUND, FIDELITY DISCOVERY FUND, FIDELITY ENERGY PORTFOLIO, FIDELITY ENERGY SERVICE PORTFOLIO, FIDELITY ENVIRONMENTAL PORTFOLIO, FIDELITY EQUITY-INCOME FUND, FIDELITY EQUITY-INCOME FUND II, FIDELITY EUROPE FUND, FIDELITY EXPORT AND MULTINATIONAL FUND, FIDELITY FLORIDA MUNICIPAL MONEY MARKET FUND, FIDELITY FOCUSED STOCK FUND, FIDELITY FOOD & AGRICULTURE PORTFOLIO, FIDELITY FOUR-IN-ONE INDEX FUND, FIDELITY FUND, FIDELITY GINNIE MAE FUND, FIDELITY GLOBAL BALANCED FUND, FIDELITY GOLD PORTFOLIO, FIDELITY GOVERNMENT INCOME FUND, FIDELITY GROWTH COMPANY FUND, FIDELITY HOME FINANCE PORTFOLIO, FIDELITY INDEPENDENCE FUND, FIDELITY INDUSTRIAL EQUIPMENT PORTFOLIO, FIDELITY INDUSTRIAL MATERIALS PORTFOLIO, FIDELITY INSURANCE PORTFOLIO, FIDELITY INTERMEDIATE GOVERNMENT INCOME FUND, FIDELITY INTERNATIONAL GROWTH & INCOME FUND, FIDELITY JAPAN SMALLER COMPANIES FUND, FIDELITY LARGE CAP STOCK FUND, FIDELITY LEISURE PORTFOLIO, FIDELITY LOW-PRICED STOCK FUND, FIDELITY

MAGELLAN FUND, FIDELITY MASSACHUSETTS MUNICIPAL MONEY MARKET FUND, FIDELITY MEDICAL DELIVERY PORTFOLIO, FIDELITY MEDICAL EQUIPMENT SYSTEMS/ PORTFOLIO, FIDELITY MICHIGAN MUNICIPAL MONEY MARKET FUND, FIDELITY MID-CAP STOCK FUND, FIDELITY MONEY MARKET TRUST: RETIREMENT GOVERNMENT MONEY MARKET PORTFOLIO, FIDELITY MONEY MARKET TRUST: RETIREMENT MONEY MARKET PORTFOLIO, FIDELITY MULTIMEDIA PORTFOLIO, FIDELITY MUNICIPAL MONEY MARKET FUND, FIDELITY NASDAQ COMPOSITE INDEX FUND, FIDELITY NATURAL GAS PORTFOLIO, FIDELITY NETWORKING & INFRASTRUCTURE PORTFOLIO, FIDELITY NEW JERSEY MUNICIPAL MONEY MARKET FUND, FIDELITY NEW MARKETS INCOME FUND, FIDELITY NEW MILLENNIUM FUND, FIDELITY NEW YORK MUNICIPAL MONEY MARKET FUND, FIDELITY NORDIC FUND, FIDELITY OHIO MUNICIPAL MONEY MARKET FUND, FIDELITY OTC PORTFOLIO, FIDELITY PACIFIC BASIN FUND, FIDELITY PAPER & FOREST PRODUCTS PORTFOLIO, FIDELITY PENNSYLVANIA MUNICIPAL MONEY MARKET FUND, FIDELITY PHARMACEUTICALS PORTFOLIO, FIDELITY PURITAN FUND, FIDELITY REAL ESTATE INCOME FUND, FIDELITY RETAILING PORTFOLIO, FIDELITY SELECT MONEY MARKET PORTFOLIO, FIDELITY SHORT-TERM BOND FUND, FIDELITY SMALL CAP INDEPENDENCE FUND, FIDELITY SMALL CAP RETIREMENT FUND, FIDELITY SMALL CAP STOCK FUND, FIDELITY SOFTWARE/ COMPUTER SERVICES PORTFOLIO, FIDELITY SOUTHEAST ASIA FUND, FIDELITY SPARTAN GOVERNMENT INCOME FUND, FIDELITY STOCK SELECTOR FUND, FIDELITY STRUCTURED LARGE CAP GROWTH FUND, FIDELITY STRUCTURED LARGE CAP VALUE FUND, FIDELITY STRUCTURED MID CAP GROWTH FUND, FIDELITY STRUCTURED MID CAP VALUE FUND, FIDELITY TAX-FREE MONEY MARKET FUND, FIDELITY TOTAL BOND FUND, FIDELITY TRANSPORTATION PORTFOLIO, FIDELITY TREND FUND, FIDELITY U.S. BOND INDEX FUND, FIDELITY U.S. GOVERNMENT RESERVES, FIDELITY ULTRA-SHORT BOND FUND, FIDELITY UTILITIES FUND, FIDELITY UTILITIES GROWTH PORTFOLIO, FIDELITY VALUE DISCOVERY FUND, FIDELITY WIRELESS PORTFOLIO, FIDELITY WORLDWIDE FUND, SPARTAN 500 INDEX FUND, SPARTAN ARIZONA MUNICIPAL INCOME FUND, SPARTAN CA MUNICIPAL MONEY MARKET FUND, SPARTAN CALIFORNIA MUNICIPAL INCOME FUND, SPARTAN CONNECTICUT MUNICIPAL INCOME FUND, SPARTAN EXTENDED MARKET INDEX FUND, SPARTAN FLORIDA MUNICIPAL INCOME FUND, SPARTAN INTERMEDIATE MUNICIPAL INCOME FUND, SPARTAN INTERNATIONAL INDEX FUND, SPARTAN INVESTMENT GRADE BOND FUND, SPARTAN MA MUNICIPAL MONEY MARKET FUND, SPARTAN MARYLAND MUNICIPAL INCOME FUND, SPARTAN MASSACHUSETTS MUNICIPAL INCOME FUND, SPARTAN MICHIGAN MUNICIPAL INCOME FUND, SPARTAN MINNESOTA MUNICIPAL INCOME FUND, SPARTAN MONEY MARKET FUND, SPARTAN MUNICIPAL INCOME FUND, SPARTAN MUNICIPAL MONEY FUND, SPARTAN NEW JERSEY MUNICIPAL INCOME FUND, SPARTAN NEW YORK MUNICIPAL INCOME FUND, SPARTAN NJ MUNICIPAL MONEY MARKET FUND, SPARTAN

NY MUNICIPAL MONEY MARKET FUND, SPARTAN OHIO MUNICIPAL INCOME FUND, SPARTAN PENNSYLVANIA MUNICIPAL INCOME FUND, SPARTAN SHORT-INTERMEDIATE MUNICIPAL FUND, SPARTAN TAX-FREE BOND FUND, SPARTAN TOTAL MARKET INDEX FUND, SPARTAN U.S. EQUITY INDEX FUND, SPARTAN U.S. GOVERNMENT MONEY MARKET FUND, and SPARTAN U.S. TREASURY MONEY MARKET FUND (collectively, the "FIDELITY FUNDS"),

        Nominal Defendants.