UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) vs. ) ) FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., ) ) ) ) Defendants. ) | Civil Action No. 04cv11600 (NG) |

---

| | |
|---|---|
| BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) vs. ) ) FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., ) ) ) ) Defendants. ) | Civil Action No. 04cv11642 (NG) |

---

| | |
|---|---|
| CYNTHIA A. BENNETT and GUY E. MILLER, ) ) Plaintiffs, ) ) vs. ) ) FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., ) ) ) ) Defendants. ) | Civil Action No. 04cv11651 (MLW) |

---

*[Caption continues on next page]*

## NOTICE OF APPEARANCE

| | |
|---|---|
| ------------------------------------------------------------------------ ) <br> GHASSAN J. AWALI, et al., Individually And On ) <br> Behalf Of All Others Similarly Situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FIDELITY MANAGEMENT AND RESEARCH ) <br> COMPANY, et al., ) <br> ) <br> Defendants. ) <br> ------------------------------------------------------------------------ ) | Civil Action No. 04cv11709 (MLW) |
| WILLIAM S. GROESCHEL, Individually And On ) <br> Behalf Of All Others Similarly Situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FIDELITY MANAGEMENT AND RESEARCH ) <br> COMPANY, et al., ) <br> ) <br> Defendants. ) <br> ------------------------------------------------------------------------ ) | Civil Action No. 04cv11735 (GAO) |
| NANCY HAUGEN, MICHAEL F. MAGNAN, ) <br> KAREN L. MAGNAN, ROSE M. IANNACCONE, ) <br> PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, ) <br> and CINDY SCHURGIN, for the use and benefit of ) <br> FIDELITY MAGELLAN AND FIDELITY ) <br> CONTRAFUND, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> FIDELITY MANAGEMENT AND RESEARCH ) <br> COMPANY, et al., ) <br> ) <br> Defendants. ) <br> ------------------------------------------------------------------------ | Civil Action No. 04cv11756 (MLW) |

*[Caption continues on next page]*

2

```
-----------------------------------------------------------------
DAVID O. FALLERT, Individually And On          )
Behalf Of All Others Similarly Situated,       )
                                               )
                       Plaintiff,              )
                                               )
            vs.                                )   Civil Action No. 04cv11812 (MLW)
                                               )
FIDELITY MANAGEMENT AND RESEARCH               )
COMPANY, et al.,                               )
                                               )
                       Defendants.             )
-----------------------------------------------------------------
```

Please enter the appearance of Sandra Sue McQuay and Sullivan Weinstein & McQuay, P.C. as counsel for Defendants J. Michael Cook, Ralph F. Cox, Robert M. Gates, George H. Heilmeier, Donald J. Kirk, Marie L. Knowles, Ned C. Lautenbach, Marvin L. Mann, William O. McCoy, Gerald C. McDonough, and William S. Stavropoulos (collectively, the "Independent Trustee Defendants")[1] in the above-captioned matters.

    Respectfully submitted,

    /s/ Sandra Sue McQuay

    _____
    Sandra Sue McQuay (BBO No. 340120)
    SULLIVAN WEINSTEIN & MCQUAY, PC
    2 Park Plaza
    Boston, Massachusetts 02116
    Telephone (617) 348-4300
    smcquay@swmlawyers.com

---

[1] Plaintiffs have indicated that their proposed amended complaint will not include currently named defendant Thomas R. Williams, a former Independent Trustee who was not served and is deceased.