UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| GHASSAN J. AWALI, et al., Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 04cv11709 (MLW) |
| vs. | ) ) ) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | ) ) ) |
| Defendants. | ) ) |

---

## NOTICE OF APPEARANCE

Please take notice that Amy B. Abbott hereby enters her appearance on behalf of the nominal defendant Fidelity Funds in Civil Action No. 04-11709 (MLW).

          Respectfully submitted,

          */s/ Amy B. Abbott*
          Wm. Shaw McDermott (BBO # 330860)
          Amy B. Abbott (BBO # 648072)
          KIRKPATRICK & LOCKHART LLP
          75 State Street
          Boston, MA  02109
          (617) 261-3100
          aabbott@kl.com

Dated: December 14, 2004